**Fill in this information to identify your case:**

Debtor 1: Nicole Lynn Boettger

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of WI

Case number (if known): 22-22866-rmb

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**
Priority Creditor's Name: _____
Number Street: _____
City State ZIP Code: _____

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____ $_____ $_____

**2.2**
Priority Creditor's Name: _____
Number Street: _____
City State ZIP Code: _____

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____ $_____ $_____

Case 22-22866-rmb    Doc 24    Filed 08/10/22    Page 1 of 4

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of ___

| Debtor 1 | | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   - ☒ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☐ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**4.1**
Nonpriority Creditor's Name: MoneyKey
Number Street: 1000 N. West Street Suite 1200
City State ZIP Code: Wilmington, DE 19801

Last 4 digits of account number: 2666
When was the debt incurred? 4-3-21

**Total claim: $1200**

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify: loan

**4.2**
Nonpriority Creditor's Name: ____
Number Street: ____
City State ZIP Code: ____

Last 4 digits of account number: __ __ __ __
When was the debt incurred? ____

$ ____

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify: ____

**4.3**
Nonpriority Creditor's Name: ____
Number Street: ____
City State ZIP Code: ____

Last 4 digits of account number: __ __ __ __
When was the debt incurred? ____

$ ____

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify: ____





*Janet L. Medlock*
*Clerk, U.S. Bankruptcy Court*

126 U.S. Courthouse
517 East Wisconsin Ave.
Milwaukee, WI 53202-4581
414-297-3291
www.wieb.uscourts.gov

*United States Bankruptcy Court*
*Eastern District of Wisconsin*
*Office of the Clerk*

To: Nicole Boettger
5920 South 34th Street
Greenfield, WI 53221

IN RE:    Nicole Boettger
Case No.    **22-22866- -rmb**
Chapter:    **7**

## NOTICE OF FEE DUE AND OWING

The law requires that anyone who amends one of the schedules of creditors (Schedules D or E/F) or the list of creditors (sometimes called the "matrix" or the "creditor mailing list") must pay a **$32.00** amendment fee. This fee is due for any changes to these documents. (An amendment is exempt from this fee only if the amendment changes the address of a creditor already listed, or adds the name and address of a listed creditor's attorney.)

On **July 22, 2022**, you filed an amendment in this bankruptcy case. Accordingly, you owe the **$32.00** amendment fee.

**If you filed your amendment electronically through CM/ECF:** Please pay the fee through Pay.gov within 24 hours of receiving this Notice.

**If you filed your amendment on paper or through the creditor matrix program:** Please return this letter, along with the **$32.00** fee, to the address listed at the top of this notice. Make checks or money orders payable to **Clerk, U.S. Bankruptcy Court.** Please note: The Clerk's Office cannot accept personal checks drawn on debtors' accounts.

Dated: July 25, 2022

**JANET L. MEDLOCK**
Clerk of Court

By:    Ann Marie B.
       Deputy Clerk

7/22/2022 amendment fee Receipted 8/10/2022, Receipt # 395009

Ascoli Bar Hays
5305 S 31st St
Greenfield, WI 53221

MILWAUKEE WI 530
8 AUG 2022 PM 2 L

Bankruptcy Court Clerk
Att: US Courthouse
517 East Wisconsin Ave
Milwaukee WI 53202-4581

53202-458199