In re:  Case No. 22-22866-rmb
Nicole Boettger  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0757-2    User: admin    Page 1 of 3
Date Rcvd: Sep 27, 2022    Form ID: 318    Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Boettger, 5920 South 34th Street, Greenfield, WI 53221-4726 |
| 11776915 | + | Allergy and Asthma Center, 2500 North Mayfair Road, Suite 220, Wauwatosa, WI 53226-1415 |
| 11776917 | + | Boost Finance, 5940 Summerhill Road, Texarkana, TX 75503-1639 |
| 11776918 | + | Brigit Banking, 838 Avenue of the Americas, Floor 6, New York, NY 10001-4194 |
| 11776924 | | Check N Go, 3030 E St, Suite A-14, Farmington, NM 87402 |
| 11776929 | + | Doctors of Physical Therapy, 8619 South Howell Avenue, Oak Creek, WI 53154-2919 |
| 11776932 | + | Empower NBKC Bank, 10700 Nall Ave, Overland Park, KS 66211, Explore Credit, PO Box 260269 Atlanta, GA 31126-0269 |
| 11776933 | | Fedloan Servicing, PO Box 3661, Harrisburg, PA 17105-3661 |
| 11776934 | + | Fingerhut Messerli and Kramer, 3033 Campus Drive, Suite 250, Plymouth, MN 55441-2662 |
| 11776935 | + | Froedtert Hospital, 9200 West Wisconsin Avenue, Milwaukee, WI 53226-3596 |
| 11776936 | + | GI Pathology, 3495 Hacks Cross Road, Memphis, TN 38125-8803 |
| 11776937 | + | Great Lakes Anesthesiology, 10101 South 27th Street, Floor 2, Franklin, WI 53132-7209 |
| 11776938 | | Greenfundsgo, P.O Box 2009, Kahnawake, Quebec, J0L 1B0 |
| 11776939 | + | Inbox Credit, PO Box 881, Santa Rosa, CA 95402-0881 |
| 11776940 | + | Kinex Medical, 1801 Airport Rd, Suite D, Waukesha, WI 53188-2477 |
| 11776944 | + | Midwest Foot and Ankle, 8153 South 27th Street, Franklin, WI 53132-9549 |
| 11776945 | + | Midwest Orthopedic Specialty Hospital, 10101 South 27th Street, Franklin, WI 53132-7209 |
| 11776948 | + | Orthopedic Institute of Wisconsin, 9969 South 27th Street, Franklin, WI 53132-9533 |
| 11776949 | + | Pain Physicians of Wisconsin, 2500 West Layton Avenue, Milwaukee, WI 53221-5400 |
| 11776951 | + | Radius Collection, 7831 Glenroy Road, Suite 250, Edina, MN 55439-3117 |
| 11776952 | + | Rescue Banks, PO Box 2356, Clearlake, CA 95422-2356 |
| 11776954 | + | Short Term Financial DBA AmericaCash Loan, 2400 East Devon Avenue, Des Plaines, IL 60018-4619 |
| 11776957 | + | TBOMat/Atls/Fortiva THD, PO Box 10555, Atlanta, GA 30310-0555 |
| 11776958 | | Uncle Warbucks, 1329 D Arena Road, Lot 110, Kahnawake Mohawk Territory, Quebec, Canada JOL 1BO |
| 11776959 | + | Wisconsin Digestive Health, 2424 South 90th Street, West Allis, WI 53227-2455 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDFMANN.COM | Sep 28 2022 03:13:00 | Douglas F. Mann, Douglas F. Mann, Trustee, 2645 N Mayfair Rd Suite 210, Ste 210, 53226, Wauwatosa, WI 53226-1304 |
| cr | + | EDI: RMSC.COM | Sep 28 2022 03:13:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 11776916 | | EDI: APPLIEDBANK.COM | Sep 28 2022 03:13:00 | Applied Bank, 601 Delaware Ave, Wilmington, DE 19801 |
| 11789456 | + | Email/Text: bankruptcy@af247.com | Sep 27 2022 23:19:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 11776913 | + | Email/Text: backoffice@affirm.com | Sep 27 2022 23:19:00 | Affirm, 650 California Street, 12th Floor, San Francisco, CA 94108-2716 |
| 11776914 | + | Email/Text: bankruptcynotices@afterpay.com | Sep 27 2022 23:18:00 | Afterpay, 760 Market Street, Floor 2, San Francisco, CA 94102-2402 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 11776921 | | EDI: CAPITALONE.COM | Sep 28 2022 03:13:00 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 11776919 | + | EDI: CAPITALONE.COM | Sep 28 2022 03:13:00 | Cap1/Bass, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 11776920 | + | EDI: CAPITALONE.COM | Sep 28 2022 03:13:00 | Cap1/WMT, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 11776922 | + | Email/Text: bkinfo@ccfi.com | Sep 27 2022 23:18:00 | Cash Central, 5165 Emerald Parkway, Suite 100, Dublin, OH 43017, CCS/First National Bank, 500 E 60th St N 43017-1095 |
| 11776925 | + | EDI: CRFRSTNA.COM | Sep 28 2022 03:13:00 | Credit First N A, 6275 Eastland Rd, Brook Park, OH 44142-1399 |
| 11776926 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2022 23:23:47 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 11776927 | | Email/Text: shalane@dave.com | Sep 27 2022 23:18:00 | Dave, 1265 South Cochran Avenue, Los Angeles, CA 90019 |
| 11776928 | | EDI: DISCOVER.COM | Sep 28 2022 03:13:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 11776930 | | Email/Text: cxs-doc-access@earnin.com | Sep 27 2022 23:18:00 | Earnin, 260 Sheridan Avenue, Palo Alto, CA 94306 |
| 11776931 | | Email/Text: operationsclerk@easypayfinance.com | Sep 27 2022 23:18:00 | Easy Pay Finance, PO Box 2549, Carlsbad, CA 92018-2549 |
| 11776923 | | Email/Text: BNSFS@capitalsvcs.com | Sep 27 2022 23:18:00 | CCS/First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 11776941 | | Email/Text: customerservice.us@klarna.com | Sep 27 2022 23:18:00 | Klarna Inc, 629 North High Street, Floor 300, Columbus, OH 43215-2929 |
| 11776942 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2022 23:18:00 | Kohls/Capone, N56 Ridgewood Dr, Menomonee Falls, WI 53051 |
| 11776943 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2022 23:23:48 | LVNV Funding LLC, PO Box 740281, Houston, TX 77274-0281 |
| 11798070 | + | Email/Text: bankruptcy@moneykey.com | Sep 27 2022 23:18:00 | MoneyKey, 1000 N. West Street, Suite 1200, Wilmington, DE 19801-1058 |
| 11776946 | + | Email/Text: bankruptcy@moneylion.com | Sep 27 2022 23:18:00 | Moneylion Inc, PO Box 1547, Sandy, UT 84091-1547 |
| 11776947 | + | Email/Text: netcreditbnc@enova.com | Sep 27 2022 23:18:52 | Net Credit, 175 Jackson Blvd Suite 1, Chicago, IL 60604-2863 |
| 11776950 | | Email/Text: info@plazaservicesllc.com | Sep 27 2022 23:18:00 | Plaza Services LLC, 110 Hammond Drive, Suite 300, Atlanta, GA 30328 |
| 11777430 | + | EDI: RECOVERYCORP.COM | Sep 28 2022 03:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 11776953 | + | EDI: RMSC.COM | Sep 28 2022 03:13:00 | Score Rewards, PO Box 960012, Orlando, FL 32896-0012 |
| 11776955 | + | Email/Text: bankruptcy@speedyinc.com | Sep 27 2022 23:18:00 | Speedy Cash, PO Box 780408, Witchita, KS 67278-0408 |
| 11776956 | + | EDI: RMSC.COM | Sep 28 2022 03:13:00 | Syncb/PPC, Po Box 530975, Orlando, FL 32896-0001 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas F. Mann | dfmatty@aol.com  dfmann@ecf.axosfs.com;dfmannlaw@gmail.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Nicole Boettger<br>First Name  Middle Name  Last Name | | Social Security number or ITIN  xxx–xx–2666<br>EIN  __–_____ |
| Debtor 2:<br>(Spouse, if filing)  First Name  Middle Name  Last Name | | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Eastern District of Wisconsin | | |
| Case number:  22–22866–rmb | | |

## Order of Discharge                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nicole Boettger

9/26/22

**By the court:** <u>Rachel M Blise</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**